IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>    FREY MECHANICAL GROUPS, INC., | : CHAPTER 7<br>:<br>: |
|     DEBTOR. | : BANKRUPTCY NO. 10-10349-MDC<br>: |
| CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE FOR THE ESTATE OF FREY MECHANICAL GROUP, INC.,<br>    PLAINTIFF, | :<br>:<br>:<br>: ADVERSARY NO. 10-00159-MDC |
| V. | : |
| STANLEY MULL AND JOAN W. MULL,<br>    DEFENDANTS. | :<br>: |

# ORDER

AND NOW, upon consideration of the Motion for Partial Summary Judgment dated November 1, 2010 (the "Motion"), filed by Christine C. Shubert, Chapter 7 Trustee (the "Trustee") for the Estate of Frey Mechanical Group, Inc. (the "Debtor") and the Response of Stanley and Joan Mull (collectively, the "Defendants") thereto, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The transfers of $400,000 only (the "Avoided Transfers") made by the Debtor to the Defendants are avoided pursuant to 11 U.S.C. § 547(b).

3. The Trustee may recover the Avoided Transfers from the Defendants pursuant to 11 U.S.C. § 550.

Dated: March 1, 2011

                                                              MAGDELINE D. COLEMAN
                                                              UNITED STATES BANKRUPTCY JUDGE